# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| CONNIE STEELMAN, | ) |
| Plaintiff, | ) |
| v. | ) No. 4:12CV00312 ERW |
| SONIC DRIVE-IN OF SALEM, MISSOURI, LLC, | ) |
| Defendant. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on plaintiff's motions to proceed in forma pauperis. Upon review of the financial affidavit, the Court has determined that plaintiff is unable to pay the various fees associated with this case. See 28 U.S.C. § 1915. Consequently, the motions will be granted.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motions to proceed in forma pauperis [ECF No. 25 and No. 26] are **GRANTED**.

So Ordered this 24th day of August, 2012.

_____
E. RICHARD WEBBER
SENIOR UNITED STATES DISTRICT JUDGE